United States District Judge RONALD B. LEIGHTON

```
04-CV-05512-ORD
```

FILED ___ LODGED
___ RECEIVED

JUN 2 2 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CHERITY E. BURRUS,           )
                             )   CIVIL NO. C04-5512RBL
           Plaintiff,        )
                             )   ORDER FOR ATTORNEY'S FEES
vs.                          )   PURSUANT TO 42 U.S.C. § 406(b)
                             )
JO ANNE B. BARNHART,         )
Commissioner of Social Security, )
                             )
                             )

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion For Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Eitan Kassel Yanich is awarded a gross attorney's fee of $15,730.75 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $4,376.58 that previously were awarded, leaving a net fee of $6,054.17. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $6,054.17, minus any applicable processing fees as allowed by statute.

ORDER FOR ATTORNEY'S FEES PURSUANT TO
42 U.S.C. § 406(b) [C04-5512RBL] - 1

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 220
Olympia, WA. 98501
(360) 705-1226

1  DATED this 22nd day of June, 2006.

2

3                                         /s/ Ronald B. Leighton
                                          RONALD B. LEIGHTON
4                                         United States District Judge

5  Presented by:

6

7  S/EITAN KASSEL YANICH
   EITAN KASSEL YANICH, WSBA #13690
8  Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT TO
42 U.S.C. § 406(b) [C04-5512RBL] - 2

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 220
Olympia, WA. 98501
(360) 705-1226